Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:20-mj-05206-DUTY All Defendants

Case title: USA v. Congying  
Other court case number: 20-MJ-10125 (PK) Eastern District of New York

Date Filed: 10/28/2020  
Date Terminated: 11/04/2020

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Zheng Congying**  
*TERMINATED: 11/04/2020*

represented by **Kate L. Morris**  
Federal Public Defenders Office  
321 East 2nd Street  
Los Angeles, CA 90012  
213-894-5669  
Fax: 213-894-0081  
Email: Kate_Morris@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
None

**Disposition**

**Plaintiff**

**USA**    represented by    **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2020 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Zheng Congying, originating in the Eastern District of New York. Defendant charged in violation of: 18:371 (951, 2261A(1)(B)). Signed by agent Peter W. Wall, FBI, Special Agent. filed by Plaintiff USA. (cio) (Entered: 10/29/2020) |
| 10/28/2020 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Zheng Congying; defendants Year of Birth: 1996; date of arrest: 10/28/2020 (cio) (Entered: 10/29/2020) |
| 10/28/2020 | 3 | SEALED Defendant Zheng Congying arrested on warrant issued by the USDC Eastern District of New York at Brooklyn. (Attachments: # 1 Out of District Complaint)(cio) (Entered: 10/29/2020) |
| 10/28/2020 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Alicia G. Rosenberg as to Defendant Zheng Congying Defendant arraigned and states true name is as charged. Attorney: Kate L. Morris for Zheng Congying, Deputy Federal Public Defender, present. Defendant remanded to the custody or currently in the custody of the US Marshal. ( Detention Hearing set for 11/2/2020 08:30 AM in Duty Courtroom 341 via Video before Magistrate Judge Alicia G. Rosenberg.), (MANDARIN) INTERPRETER Required as to Defendant Zheng Congying Court Reporter: Miranda Algorri. (cio) (Entered: 10/29/2020) |
| 10/28/2020 | 5 | WAIVER OF RIGHTS approved by Magistrate Judge Alicia G. Rosenberg as to Defendant Zheng Congying. (cio) (Entered: 10/29/2020) |
| 10/28/2020 | 6 | CONSENT to Video Conference/Telephonic Conference filed by Defendant Zheng Congying. (cio) (Entered: 10/29/2020) |
| 10/28/2020 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Zheng Congying. (cio) (Entered: 10/29/2020) |
| 10/28/2020 | 8 | FINANCIAL AFFIDAVIT filed as to Defendant Zheng Congying. (Not for Public View pursuant to the E-Government Act of 2002) (cio) (Entered: 10/29/2020) |
| 10/28/2020 | 9 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Zheng Congying (cio) (Entered: 10/29/2020) |
| 10/28/2020 | 10 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS filed by Defendant Zheng Congying (cio) (Entered: 10/29/2020) |

| | | |
|---|---|---|
| 10/28/2020 | 11 | MINUTES: (IN CHAMBERS) MANDATORY RULE 5(f) ORDER by Magistrate Judge Alicia G. Rosenberg: as to Defendant Zheng Congying. In accordance with the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21,2020), the United States is ordered to produce all exculpatory evidence to the defendant under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Failing to do so in a timely manner may result in exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions. Court Reporter: Miranda Algorri. (cio) (Entered: 10/29/2020) |
| 10/29/2020 | 12 | SCHEDULING NOTICE by Magistrate Judge Alicia G. Rosenberg as to Defendant Zheng Congying. Due to the unavailability of the original set time 4 , the continued video detention hearing is now set for 7:00 a.m. on Monday, November 2, 2020 in Roybal Courtroom 341. The hearing will be held by video conference. MANDARIN INTERPRETER NEEDED. COURT REPORTER NEEDED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kl) TEXT ONLY ENTRY (Entered: 10/29/2020) |
| 11/02/2020 | 13 | MINUTES OF Detention Hearing held before Magistrate Judge Alicia G. Rosenberg as to Defendant Zheng Congying, The Court Orders: Zheng Congying (1) $45,000 Appearance Bond [SEE BOND ATTACHED]. Court ORDERS defendant Held to Answer to Eastern District of New York. Bond to transfer, if bail is posted. Defendant ordered to report on or before: No available reporting instructions in EDNY. Government's request for detention is WITHDRAWN. Court sets bail at: $45,000. SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE. Release Order Issued -Release No.: 40313. (MANDARIN) INTERPRETER Required as to Defendant Zheng Congying Court Reporter: Chia Mei Jui. (cio) (Entered: 11/04/2020) |
| 11/02/2020 | 14 | MEMORANDUM FOR RELEASE ORDER AUTHORIZATION filed by PSA Officer as to Defendant Zheng Congying. Submitted in compliance with conditions as set forth in (cio) (Entered: 11/04/2020) |
| 11/02/2020 | 15 | DECLARATION RE: PASSPORT filed by Defendant Zheng Congying, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (cio) (Entered: 11/04/2020) |
| 11/04/2020 | | Notice to Eastern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Defendant Zheng Congying. Your case number is: 20-MJ-10125 (PK). The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 13 Detention Hearing,,, Interpreter Required,,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (cio) (Entered: 11/04/2020) |