FILED

2020 OCT 28 PM 12:09

[stamp: U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES]

BY: ___(W)___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF(S) | L AMJ 20-05206 |
| v. | | |
| ZHENG CONGYING | | **DECLARATION RE** |
| | DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Complaint
in the Eastern District of New York on October 27, 2020
at 08:30 (EDT) ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about & between Sep. '16 and Nov. '19
in violation of Title 18 U.S.C., Section(s) 371 (951, 2261A(1)(B))
to wit: conspiracy to act as an illegal agent of a foreign government; and stalking conspiracy

A warrant for defendant's arrest was issued by: The Hon. Peggy Kuo, U.S.M.J., E.D.N.Y.

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Complaint & Arrest Warrant

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/28/20
              Date

/s/ Peter W. Wall                         Peter W. Wall
Signature of Agent                        Print Name of Agent

Federal Bureau of Investigation           Special Agent
Agency                                    Title