**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, Plaintiff, vs. ZHENG CONGYING Defendant. | Western Division<br>Case #: 2:20-MJ-05206-1<br>Initial App. Date: 10/28/2020<br>Time: 1:00 PM<br><br>Date Filed: 10/28/2020<br>Violation: 18:371;951(a);18:371;2261A(1)(B)<br>CourtSmart/Reporter: Miranda Algorri | Out of District<br>Affidavit<br>Custody |
|---|---|---|

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Alicia G. Rosenberg | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:**

| Karl Lozada | Reema El-Amamy | Yanyan Liu / Mandarin |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter/Language* |

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ removal hearing / Rule 20.

☑ Defendant states true name is as charged.

☑ Defendant advised of consequences of false statement in financial affidavit.

☑ Attorney: KATE MORRIS ☑ DFPD, ☑ Appointed

☑ Government's request for detention is: CONTINUED.

☑ Defendant executed Waiver of Rights. Process received.

☑ Case continued to (Date) 8:30 a.m. on Monday, November 2, 2020 by Video

☑ Type of Hearing: Detention Before Judge Rosenberg / Duty Magistrate Judge.

☑ Proceedings will be held in the Duty Courtroom 341 in Roybal

☑ Defendant committed to the custody of the U.S. Marshal

☑ PSA, ☑ FINANCIAL, ☑ READY

Deputy Clerk Initials: kl
00 : 20