```
AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
                     (Bar No.       )
E-Mail:
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081
```

FILED
CLERK, U.S. DISTRICT COURT
10/28/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

ZHENG CONGYING,

   Defendant.

Case No. 20-MJ-05206

**ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS**

I, the above defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or contact me seeking waiver of any rights, unless my counsel is present.

_Zheng Congying_
(Defendant's signature)

KATE L. MORRIS
(Attorney's name printed)

_[signature]_
(Attorney's signature)

Date: 10/28/2020   Time: 5:20 pm