AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-MJ-1025 (PK) |
| CONGYING ZHENG | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CONGYING ZHENG.

Date: 11/13/2020

S/ PAUL A. GOLDBERGER
*Attorney's signature*

PAUL A. GOLDBERGER / PG5640
*Printed name and bar number*

GOLDBERGER & DUBIN, P.C.
401 BROADWAY, SUITE 306
NEW YORK, NEW YORK 10013
*Address*

GND401@AOL.COM
*E-mail address*

(212) 431-9380
*Telephone number*

(212) 966-0588
*FAX number*